IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

SCOTT M. SCHWADE,

Defendant.

4:00CR3101

ORDER TO RELEASE GARNISHMENT

This matter comes before this Court on the Motion of the Plaintiff, United States of America, for an order releasing the garnishment against Randstad, PO Box 724198, Atlanta, GA, 31139.

IT IS HEREBY ORDERED that the garnishment against Randstad is released.

DATED this 9th day of July, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge