IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT M. SCHWADE,<br><br>Defendant. | 4:00CR3101<br><br>**ORDER** |

    IT IS ORDERED that Plaintiff shall file a response to Tom Monahan's letter (Filing 62) on or before October 19, 2020.

    Dated this 7th day of October, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge